## CHALMERS v. CHALMERS.

### February 28, 1884.

#### 3 Pac. 104.

Mortgage.—The Evidence Supports the Finding That the Mortgage herein is not affected by the heretofore unknown rights of the interveners.

W. L. Dudley, Charles F. Irwin and George J. Carpenter for appellants; George G. Blanchard for respondent.

By the COURT.—This action is similar to that of Stockton Bldg. & L. Assn. v. Chalmers, 65 Cal. 93, 3 Pac. 101, except that this is to foreclose the junior mortgage. The court found that the plaintiff had no knowledge of the alleged rights of the interveners until the complaint in intervention was filed; and there is evidence sufficient to justify the finding.

Judgment and order affirmed.